No. 98–603.  KERTH ET AL. *v.* HAMOT HEALTH FOUNDATION, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–608.  JONES ET AL. *v.* GEORGIA PACIFIC CORP. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 98–613.  PEOPLES BANK & TRUST COMPANY OF HAZARD *v.* PENICK, DBA W. PENICK ELECTRICAL CONSTRUCTION, INC. C. A. 6th Cir.  Certiorari denied.

No. 98–620.  STONE CONSOLIDATED, INC. *v.* M/V KAPETAN MARTINOVIC, IN REM, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–623.  JERRY K. *v.* DAWN D.  Sup. Ct. Cal.  Certiorari denied.

No. 98–625.  BRADY ET AL. *v.* OHMAN, SECRETARY OF STATE OF WYOMING.  C. A. 10th Cir.  Certiorari denied.

No. 98–628.  SYKES *v.* MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 98–629.  TOWN OF NEWBURGH ET AL. *v.* HOLZAPFEL. C. A. 2d Cir.  Certiorari denied.

No. 98–642.  HIRSCHFELD *v.* ROGERS ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–648.  O'CONNELL ET AL. *v.* MILAZZO.  C. A. 7th Cir. Certiorari denied.

No. 98–649.  LINDQUIST *v.* CONDRA ET AL.  C. A. 8th Cir. Certiorari denied.

No. 98–691.  SEBASTIAN ET AL. *v.* MARINECHANCE SHIPPING, LTD.  C. A. 5th Cir.  Certiorari denied.

No. 98–694.  MANU *v.* G. E. CAPITAL MORTGAGE SERVICES, INC.  Super. Ct. Pa.  Certiorari denied.